Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2021 SEP 27  A 10: 1

CLERK _____
SO. DIST. OF GA.

Case No. _____
(to be filled in by the Clerk's Office)

Ramondria J. Johnson Jr.

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

THE BRUNSWICK NEWS

-v-

GLYNN COUNTY DETENTION CENTER,
GLYNN COUNTY DISTRICT ATTORNEY,
GLYNN COUNTY SUPERIOR COURT

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ramondria J. Johnson Jr. |
| All other names by which you have been known: | |
| ID Number | 002320 0221 |
| Current Institution | GLYNN COUNTY DETENTION CENTER |
| Address | 100 SULPHUR SPRINGS RD |
| | BRUNSWICK    GA    31520 |
| | *City*          *State*          *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | GLYNN COUNTY POLICE DEPARTMENT |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | GLYNN COUNTY POLICE DEPARTMENT |
| Address | |
| | BRUNSWICK    GA    31520 |
| | *City*          *State*          *Zip Code* |

☐ Individual capacity    ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | GLYNN COUNTY DISTRICT ATTORNEY |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | GLYNN COUNTY DISTRICT ATTORNEY |
| Address | |
| | BRUNSWICK    GA    31520 |
| | *City*          *State*          *Zip Code* |

☐ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name CaLYNN COUNTY SUPERIOR/MAGISTRATE

Job or Title *(if known)* COURT

Shield Number

Employer GLYNN COUNTY SUPERIOR/MAGISTRATE COURT

Address

BRUNSWICK     GA     31520
    *City*        *State*        *Zip Code*

☐ Individual capacity     ☑ Official capacity

Defendant No. 4

Name BRUNSWICK NEWS

Job or Title *(if known)*

Shield Number

Employer BRUNSWICK NEWS

Address

BRUNSWICK     GA     31520
    *City*        *State*        *Zip Code*

☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

SEE ATTACHMENT

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHMENT

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

SEE ATTACHMENT

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

PAGE 3 OF 11 B

II. BASIS FOR JURISDICTION

B1. ILLEGAL WARRANT WAS PRESENTED BY THE GLYNN COUNTY POLICE DEPARTMENT WITHOUT ENOUGH SUFFICIENT EVIDENCE. FALSE ARREST/WRONGFUL ARREST. ALSO SLANDERING AND DEFAMATION OF CHARACTER TO SOCIAL MEDIA AND PUBLIC PLATFORMS.

2. GLYNN COUNTY COURTS AND DISTRICT ATTORNEY'S OFFICE HELD ME INCARCERATED 72 HOURS AFTER COMING IN FOR QUESTIONING. SEVERAL WEEKS LATER HAVING A COURT APPEARANCE THAT WAS SUBJECT OF CAUSE AND EFFECT/ EVIDENCE — AT PRE-LIMINARY SAID PARTIES RECOND THEIR WAS THE LACK OF PHYSICAL/VISUAL/AUDIO SURVEILIANCE, ALSO THE LACK OF A WEAPON WHICH I'M BEING CHARGED FOR. AND I RAMONDRIA JOHNSON JR THE DEFENDANT WOULD LIKE FOR COURTS TO BE AWARE THAT WE BOTH THE COURTS AND THE DEFENDANT DOES HAVE KNOWLEDGE TO KNOW AND WILLFULLY UNDERSTAND THAT IN ORDER TO CHARGE SOMEONE WITH MURDER, POSSESSION OF A FIREARM, AND 2ND DEGREE OF CRIMINAL DAMAGE OF PROPERTY, THAT WE MUST HAVE A WEAPON IN THE FACT TO SAY THAT THE VARIES OF CRIMES WAS COMMITTED ALONG WITH SOME TYPE OF WITNESS OR FOOTAGE TO HOLD ONE ON THE ABOVE CHARGES. HOLDING ONE WITHOUT ENOUGH CREDIBLE REASONING AGAINST THEIR WILL IS AGAINST THE LAW, WHICH IS FALSE IMPRISONMENT, VIOLATING THE LAWS TAKEN BY OATH, IMPROPER PRACTICE AND PROSECUTORAL MISCONDUCT, 14 AMEND- MENT, CRUEL AND UNUSUAL PUNISHMENT.

3. GLYNN COUNTY MAGISTRATE COURT BINDED ME OVER AT PRELIM WITHOUT ENOUGH EVIDENCE. DISTRICT ATTORNEY'S OFFICE PURSUED A CASE WITH ENOUGH PHYSICAL EVIDENCE

AND INSTEAD OF ASKING JUDGE TO RELEASE UNTIL FURTHER ~~NOTICE~~ NOTICE TO GAIN AND DO MORE INVESTIGATION I WAS HELD AGAINST MY WILL AND DENIED BOND AS WELL. SAID PARTIES ENCLOSED AT PRELIM THAT A WITNESS WHICH IS THE ALLEGED VICTIMS COUSIN AND A CONVICTED FELON WHICH IS A CONFLICT OF INTEREST. ALSO HERE SAY IS NOT ADMISSIBLE IN COURT WITHOUT ENOUGH EVIDENCE TO DIRECT TOWARDS THE ACCUSED.

4. THE BRUNSWICK NEWS USED MY NAME TO SLANDER MY CHARACTER TO PUBLIC AS BEING CHARGED OF ALLEGED CRIMES WHICH IS SLANDERING AND DEFAMATION OF CHARACTER.

5. THE GLYNN COUNTY POLICE DEPARTMENT ASKED ME OF MY PARTY TO THE CRIME ON APPROXIMATELY OCTOBER 23, 2020 WHEN I LITERALLY PRESENTED MYSELF FOR QUESTIONING TO CLEAR MY NAME OF ANY ALLEGATIONS WHERE I DENIED ANY PARTS IN SAID CRIME AND ASKED FOR COUNCIL. AFTERWARDS I WAS TOLD I WAS BEING ARRESTED.

ACT 4 OF 11

D.1 GLYNN COUNTY POLICE DEPARTMENT SWOAR IN BY ~~OATH~~ OATH TO LAWFULLY AND TRUTHFULLY ABIDE BY THE LAW UNDER GOD. I AS THE DEFENDANT TURNED MYSELF IN FOR QUESTIONING TO CLEAR MY NAME OF ANY POSSIBLE ALLEGATIONS WHERE I PLEAD MY INNOCENCE AND LACK OF KNOWLEDGE THEN ASKED FOR LEGAL COUNCIL IF I WASN'T BEING RELEASED. WHICH MOMENTS AFTERWARDS THE INVESTIGATOR READ ME MY RIGHT'S AND TOLD ME I WAS BEING CHARGED. 48-72 HOURS AFTER BEING HELD AT THE GLYNN COUNTY DETENTION CENTER AWAITING FURTHER KNOWLEDGE OF WHAT WAS HAPPENING OR IF I WOULD GET A BOND I WAS DENIED BOND A WEEK LATER WHERE IN HOUSE RIGHTS READ COURT WAS HELD WHICH MEANS

DEPARTMENT. 30 DAYS OR SO AFTER BEING INCARCERATED AND HIRING LEGAL ~~COUNS~~ COUNCIL MY ATTORNEY WAS ABLE TO GET ME INTO PRELIM COURT WHERE AS THE INVESTIGATOR ENCLOSED HE HAD NO WAY OF PLACING ME AT THE SCENE OF THE CRIME, NO VIDEO/AUDIO FOOTAGE, NO DNA, OR WEAPON, ALSO WHEN ASKED HOW THE VICTIM BECAME DECEACED OR THE CAUSE THE INVESTIGATOR NAMED IT A HEART ATTACK NOT A MURDER OR HOMICIDE. WHEN ASKED WHERE THE ALLEGED VICTIM DIED THE INVESTIGATOR STATED AND I QUOTE THE VICTIM LEFT THE CRIME SCENE ALIVE AFTER ALLEGADELLY BEING SHOT SOMEONE CALLED THE POLICE AND THE POLICE FOUND THE INDIVIDUAL STILL ALIVE AND TRANSPORTED HIM TO THE SOUTHEAST GEORGIA HOSPITAL WHERE AFTER BEING ADMITTED THE ALLEGED INDIVIDUAL SUPPOSEDLY WAS PRONOUNCED DEAD. AFTER BEING QUESTIONED OF MY BEING A PARTY OR EVEN ON THE SCENE THE INVESTIGATOR STATED A WITNESS ALLEGADETLY TOLD THEM THEY'D SEEN ME WITH A GUN AND SHOT AT THE GROUND. JUDGE PROCEEDED TO BIND CASE OVER TO SUPERIOR COURT. GLYNN COUNTY POLICE DEPARTMENT PLACED MY GOVERNMENT NAME AND PERSONAL BUSINESS OF FACEBOOK SOCIAL MEDIA AND IN THE BRUNSWICK NEWSPAPER WHICH IS SLANDERING AND DEFAMATION OF CHARACTER WHICH I DID NOT GIVE CONSENT.

PAGE 4 OF 11

D2. GLYNN COUNTY COURTS ACTED UNDER COLOR IN VIOLATING MY RIGHTS OF HOLDING ME INCARCERATED WITHOUT ENOUGH PHYSICAL EVIDENCE, ALSO BINDED ME OVER W/O ENOUGH EVIDENCE OR SUBSTANTIAL REASONING WHICH IS FALSE IMPRISONMENT AND IMPROPER PRACTICE.

AGE 4 OF 11

D 3. GLYNN COUNTY DISTRICT OF ATTORNEY'S OFFICE ACTING UNDER OATH PURSUED A CASE TO CHARGE ME WITH THE ALLEGED CRIME KNOWING THEIR WASN'T ENOUGH CREDIBLE EVIDENCE VIA VIDEO/AUDIO SURVELLIANCE FOOTAGE TO ACCUSE OR FIND ENOUGH PROBABLE REASONING TO CHARGE OR HOLD ME INCAR- CERATED BUT STILL DECIDED AT PRACTICING THE LAW TO MOLD THEIR OWN BELIEFS INTO THE LAW WHILE BREAK- ING THE LAW BY HOLDING A INNOCENT MAN IN JAIL WHILE SEARCHING FOR EVIDENCE TO BUILD A CASE AGAI- NST ME. AS WE KNOW AND UNDERSTAND THAT THERE ARE STATUE OF LIMITIONS ON HOW LONG YOU CAN HOLD A PERSON W/O ENOUGH REASONING WE ALSO UNDERSTAND THAT HERE- SAY IS INADMISSIBLE IN COURT. SO KNOWING THESE FACTS WE ALSO UNDERSTAND THAT IN ORDER TO CHARGE SOMEONE WITH MURDER, POSSESSION OF A FIREARM, AND CRIM- INAL DAMAGE TO PROPERTY 2ND DEGREE YOU MUST HAVE A FIREARM IN YOUR POSSESSION. ALSO BADGERING A WITNESS TO TESTIFY IN RETURN FOR A REDUCTION OF THEIR ALREADY EXISTING FELONY CASE IS AGAINST THE LAW AND BRIBARY.

AGE 4 OF 11

D 4. THE BRUNSWICK NEWSPAPER PRESENTED A AD IN THEIR PAPER UTILIZING MY GOVERNMENT ALLIAS AND INFORMATION PERTAIN- ING TO ME BEING CHARGED OF THIS CASE WHICH IS SLANDERING AND DEFAMATION OF CHARACTER WHICH I DIDNT GIVE CONSENT OR RECEIVE A CHECK FOR.

PAGE 4 OF 11  A.

IV.   STATEMENT OF CLAIM

A.   ON OCTOBER 23, 2020 I TURNED MYSELF IN FOR QUESTIONING TO THE GLYNN COUNTY POLICE DEPARTMENT. NOT LONG AFTER TURNING MYSELF IN I WAS TOLD I WAS BEING CHARGED WHERE THEN I WAS ESCORTED TO THE GLYNN COUNTY DETENTION CENTER TO STAY FOR A WHILE.

⊗   72 HOURS AFTER BEING DETAINED AT THE GLYNN COUNTY DETENTION CENTER I STILL HAD NOT BEEN WHICH BY LAW SAID PARTIES STATES THE POLICE DEPARTMENT CAN HOLD YOU FOR UP TO 48-72 HOURS FOR QUESTIONING. I STILL HAD NOT BEEN TO RIGHTS READ TO DETERMINE RATHER I WOULD BE RELEASED OR GIVEN A BOND.

⊗   6 DAYS APPROXIMATELY OR SO I WAS FINALLY ABLE TO DO AN IN HOUSE COURT APPEARANCE WHERE I WAS DENIED BOND. APPROXIMATELY NOVEMBER 11, 2020 I ATTENDED PRELIM COURT WHERE THE DISTRICT ATTORNEY'S OFFICE DETERMINED AND SHARED THEIR DISPUTE AGAINST ME AND DISCLOSED THEY HAD NOT ENOUGH EVIDENCE AND NEEDED MORE TIME TO INVESTIGATE. WHEN CROSS EXAMINING THE INVESTIGATOR HE DISCLOSED HE ALSO HAD NOT ENOUGH EVIDENCE TO ACCUSE ME OF ALLEGED CHARGES NEITHER A FIREARM OR GUN POWDER OFF MY HANDS. IMPROPER INVESTIGATION. INVESTIGATOR STATED THE VICTIM HAD DIED FROM A HEART ATTACK. AT THIS TIME THE MAGISTRATE JUDGE PROCEEDING WITH CASE AND SAID THIS WAS A SUPERIOR COURT MATTER.

APPROXIMATELY JANUARY SOMETIME I RECEIVED A COURT DATE FOR A BOND HEARING THAT I COULDN'T ATTEND BECAUSE AFTER BEING UNDER THE PROTECTION OF THE LAW FROM ALL HURT HARM OR DANGER I HAD CAME INTO CONTACT WITH

PAGE 4 OF 11 A    IV. STATEMENT OF CLAIM

THE DEADLY VIRUS COVID-19 WHILE BEING INCARCERATED AND HAD
TO QUARANTINE FOR 14 DAYS.

APPROXIMATELY FEBRUARY SOMETIME I WAS SUCCESSFULLY ABLE
TO GET BACK INTO COURT WHERE I WAS DENIED BOND AGAIN
BUT THIS TIME BY A SUPERIOR COURT JUDGE. WHICH AT THIS
TIME A SANCTION WAS PLACED INTO EFFECT THAT ALLEGADELLY
CANCELED CERTAIN CONSTITUTIONAL AMENDMENTS LIKE OUR
90 DAY NO INDICTMENT PROCEDURE BUT YET STILL COURTS
WERE STILL PROCEEDING AND SELECTIVE TRIAL'S WERE STILL
TAKING PLACE. WHICH IS DISCRIMATION.

APPROXIMATELY AUGUST SOMETIME AFTER STILL BEING HELD
AGAINST MY WILL OR W/O LEGAL GROUNDS I ATTENDED COURT
AGAIN WHERE THIS TIME I WAS GIVEN A BOND FOR $250,000
BECAUSE ALLEGADELLY THE SANCTION HAD NOW BEEN LIFTED AND
BECAUSE OF THE LAW AND THE JUDGE STATED AND I QUOTE HE
HAD NO OTHER CHOICE OTHERWISE HE WOULD DENY BOND. BUT
IF I HAD BEEN GIVEN A BOND BACK IN FEBRUARY FOR THAT
AMOUNT I COULD HAVE WENT FOR MULTIPLE BOND REDUCTIONS
APPROXIMATELY THE END OF SEPTEMBER 2021 I AM STILL
INCARCERATED AND UNINDICTED AWAITING A BOND REDUCTION
OR A RELEASAL WHICH EVERYDAY SITTING HERE MY RIGHTS
ARE BEING VIOLATED.

C.     What date and approximate time did the events giving rise to your claim(s) occur?

OCTOBER 23, 2020 — SEPTEMBER 2021 — CONTINUED

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* ILLEGALLY BEING ARRESTED DUE TO IMPROPER INVESTIGATION OF THE BRUNSWICK POLICE DEPARTMENT, BEING SLANDERED TO PUBLIC/SOCIAL MEDIA — AND THE BRUNSWICK NEWSPAPER. GLYNN COUNTY DISTRICT ATTORNEY PROCEEDING WITH ALLOWING COURTS TO HOLD ME WITH ENOUGH CREDIBLE EVIDENCE, PURSUING A CASE OFF OF HERE — SAY FROM THE VICTIMS COUWSIN, WHICH IS ALSO A CONVICTED FELON, ALSO COHERSING THE WITNESS TO TESTIFY AS A MEANS OF HOLDING ME INCARCERATED, FALSE IMPRISONMENT, CRUEL AND UNUSUAL PUNISHMENT, NOT HONORING THE LAW TAKEN BY OATH. COURTS FOR BINDING ME OVER WITHOUT ENOUGH VALID REASON, FALSE IMPRISONMENT, FALSE JUDGEMENT

V.     Injuries OF CHARACTER / DEFAMATION OF CHARACTER TO PUBLIC

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. STRESS, WORRY, FEAR, ANXICTY, DEPRESSION, EMOTIONAL TURMOIL, PAIN AND SUFFERING. WAS DENIED A MENTAL HEALTH EVAL-UATION, CATCHING THE DEADLY VIRUS COVID 19 WHILE BEING INCARCERATED WHICH ADDED TO THE ADDITIONAL WORRY, FEAR, BRAIN DAMAGE, EMOTIONAL TRAUMA, DEPRIVING ME FROM MY FAMILY AND KIDS CAUSING THEM THE SAME / IF NOT MORE WORRY AND TURMOIL FROM LACK OF A PROVIDER OF SUPPORT, FINANCIAL RESOURCES, FOOD AND CLOTHES, SHELTER, FEAR OF THE WORSE, HAD TO CLOSE BUSINESS DUE TO LIMITED RESOURCES TO KEEP DOORS OPEN WHILE INCARCERATED, KIDS HAVING TROUBLE IN SCHOOL BECAUSE MY ABSCENSE HAS TAKEN A TOIL ON THE HOUSEHOLD AS I WAS THE PIECE HOLDING THE FOUNDATION TOGETHER, CRUEL AND UNLAWFUL PUNISHMENT FOR A U.S. CITIZEN AND A MEMBER OF THE COMMUNITY. LOSS OF WAGES.

VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I WOULD LIKE COURTS TO FULLY ACQUIT AND DISMISS ALL OF CHARGES PERTAINING TO THIS CASE, CLEAR MY RECORD OF ALL PRIOR CONVICTIONS WHICH ARE ALL MISDEMEANORS AND PAST LIMITS OF EXPUNGEMENT TIMES, I WANT THEM TO MAKE A SETTLEMENT THATS REASONABLE FOR ALL ABUSE INCLUDING FALSE IMPRISONMENT IN THE INITIAL AMOUNT OF 10 MILLION WITH ALL STATE AND GOVERNMENT TAXES PAID ~~...~~ TO EQUAL UP TO 10 MILLION DOLLARS, AND THAT NO RETALIATION BE BROUGHT APART BY ELECTED OFFICIALS BEING TRIED. ALSO THE BRUNSWICK NEWS FOR SLANDERING AND DEFAMATION OF CHARACTER 2 MILLION DOLLARS.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

_____

2.   What did you claim in your grievance?

_____

3.   What was the result, if any?

_____

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

THE ISSUES PERTAINING TO THIS CLAIM HAPPENED OUTSIDE OF
JAIL WHILE BEING INCARCERATED AWAITING TRIAL/OTHER RESOLVE.

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

LEGAL ATTORNEY JAMES WRIXAM MCILVAINE

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

NONE AS PRIVELEDGE'S WAS LIMITED

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three-strikes-rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition.

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit

        Plaintiff(s)      _____

        Defendant(s)      _____

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

   3.   Docket or index number

        _____

   4.   Name of Judge assigned to your case

        _____

   5.   Approximate date of filing lawsuit

        _____

   6.   Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition      _____

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   09/23/2021

| | |
|---|---|
| Signature of Plaintiff | R.J. |
| Printed Name of Plaintiff | Ramondrez J. Johnson Jr. |
| Prison Identification # | 002320 0221 |
| Prison Address | 100 SULPHUR SPRINGS RD |
| | BRUNSWICK          GA     31520 |
| | *City*                    *State*    *Zip Code* |

### B.   For Attorneys

Date of signing:   _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | *City*                    *State*    *Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |




RAMONDRIA J. JOHNSON JR.
GLYNN COUNTY DETENTION CENTER
100 SULPHUR SPRINGS RD,
BRUNSWICK, GA 31520



JACKSONVILLE, FL PNDC 322
FRI 24 SEP 2021   AM

GLYNN COUNTY DETENTION CENTER
Mailed by an Inmate Incarcerated in a Detention Facility

FEDERAL COURTHOUSE OF BRUNSWICK, GA
US DISTRICT OF COURT CLERK
801 GLOUCESTER ST    #222
BRUNSWICK, GA 31520

GLYNN COUNTY DETENTION CENTER
Mailed by an Inmate Incarcerated in a Detention Facility

INSPECTED

BY