# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RAMONDRIA J. JOHNSON, JR., | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-87 |
| v. | * | |
| ALAN CARTER; CARLA FUTCH; ANDREW BOATRIGHT; WALLACE HARRELL; and THE BRUNSWICK NEWS, | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 14. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Plaintiff's Amended Complaint, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 21 day of March, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)